**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) ) ) v. ) ) ) APPROXIMATELY $79,223 IN UNITED) STATES CURRENCY SEIZED FROM ) ANTWANE MILNER ON APRIL 6, 2021) AT THE CHARLOTTE-DOUGLAS ) INTERNATIONAL AIRPORT ) | **CIVIL NO. 3:21cv429** |

### ORDER OF DEFAULT JUDGMENT

THIS CAUSE COMES BEFORE THE COURT upon the Government's Motion for Entry of Default Judgment. (Doc. 8). Having considered the Motion and the pleadings, the Court GRANTS the Motion and Orders as follows:

IT IS HEREBY ORDERED THAT Judgment by Default is entered against all persons in the world not having filed a claim in this action as to the following property:

**Approximately $79,223 in U.S. Currency seized from Antwane Milner on April 6, 2021 at Charlotte-Douglas International Airport.**

Signed: November 1, 2021

Frank D. Whitney
United States District Judge

1